UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-CV-12203-RWZ

JESSE ANDERSON

v.

OFFICER NATHAN REID, AND SERGEANT JOSEPH COTTER

ORDER

March 22, 2022

ZOBEL, S.D.J.

Plaintiff Jesse Anderson ("Anderson") claims in two counts, both pursuant to 42 U.S.C. § 1983, that Defendants Officer Nathan Reid ("Officer Reid") and Sergeant Joseph Cotter ("Sergeant Cotter") of the Town of Sandwich (collectively, "Defendants") violated his Fourth Amendment rights by using excessive force to effect his arrest.[1] Anderson contends that Officer Reid unjustifiably used a Taser gun on him twice, causing serious personal injuries, and that Sergeant Cotter failed to exercise his supervisory authority over Officer Reid. Docket # 1.

Defendants have moved for summary judgment on both counts on the ground that the undisputed facts show that they were justified in their use of force and, in any event, are entitled to qualified immunity. Docket # 22. Sergeant Cotter also asserts that the facts do not support Anderson's claim for supervisory liability for Officer Reid's conduct. Id. Anderson, however, has noted sufficient evidence at this juncture to

---

[1] The complaint also included a claim against the Town of Sandwich, which Anderson has dismissed. Docket # 21.

1

dispute material facts underlying Defendants' argument, including but not limited to whether Anderson moved his car before exiting the vehicle, whether Anderson was intoxicated at the time of the incident, what was said by Anderson and Officer Reid after Anderson was outside his vehicle, and the physical effect of the first Taser shot on Anderson.  The disputed facts cast doubt on Defendants' assessment of the threat Anderson posed to themselves and Anderson's family members at the scene of the incident that led to Defendants' decisions to deploy the Taser gun against him. Accordingly, reading the facts in the light most favorable to Anderson and drawing all reasonable inferences in his favor, as the Court must at this stage, see Lachance v. Town of Charlton, 990 F.3d 14, 20 (1st Cir. 2021), Defendants' motion for summary judgment as to both remaining counts (Docket # 22) is DENIED.

    March 22, 2022                                                /s/ Rya W. Zobel
        DATE                                                      RYA W. ZOBEL
                                                             UNITED STATES DISTRICT JUDGE